IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by her Guardian ad Litem CHERISE ABEL-IRBY,<br><br>  Plaintiff,<br><br>  v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,<br><br>  Defendants. | No. C 13-03808 SI<br><br>**ORDER RE DISCOVERY DISPUTE** |

Now pending before the Court is the parties' joint discovery letter. Dkt. No. 52. In the letter, defendants request an order requiring plaintiff to reveal the names of five student witnesses whose statements she has provided in her initial disclosures. Defendants further request that plaintiff execute the Stipulated Protective Order for Standard Litigation within five days of the Court's Order on this dispute. Plaintiff asks the Court for an order prohibiting defendants from retaliating against or singling out student witnesses, and prohibiting staff from releasing the students' identities.

## DISCUSSION

By this discovery letter, defendants argue that, pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiff must disclose to them the names, addresses, and phone numbers of all individuals likely to have discoverable information. Defendants contend that plaintiff's disclosure of "5 student witnesses who do not currently wish to be identified" does not satisfy this Rule. Dkt. No. 52 at 2.

Plaintiff responds that the student witnesses have asked to remain anonymous at this time because they fear retaliation due to their ongoing status as students at plaintiff's former school. *Id.* at 3.

Plaintiff has offered to reveal the names of the student witnesses to defendants' attorneys, subject to a stipulation prohibiting counsel from disclosing their names to any of the defendants. *Id.* at 3-4. The Court finds that this is an appropriate solution to this problem. Releasing the student witnesses' names to defense counsel will permit them to continue to evaluate and investigate this case, while at the same time protecting the minor witnesses.

Accordingly, the Court ORDERS the plaintiff to reveal the identities of the student witnesses to counsel for defendants, subject to a stipulated protective order preventing counsel from sharing the students' names with defendants. With regard to defendants' request that plaintiff execute the Stipulated Protective Order for Standard Litigation, the Court GRANTS the request and ORDERS the parties to execute the Stipulated Protective Order within five days of the date of this Order. Finally, with regard to plaintiff's request for an order prohibiting defendants from retaliating against the student witnesses, the Court finds that this request is premature and therefore it is DENIED without prejudice. This Order resolves Docket No. 52.

**IT IS SO ORDERED.**

Dated: May 12, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE