IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, by her Guardian ad Litem CHERISE ABEL-IRBY, | No. C 13-03808 SI |
| Plaintiff, | **ORDER RE DISCOVERY DISPUTE** |
| v. | |
| NEW HAVEN UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Now pending before the Court are a series of letters from the parties regarding the Court's May 12, 2014 Order on the parties' discovery dispute. Dkt. Nos. 56-58.

Defendants seek permission to appoint a staff member of the District – not a named defendant or potential witness in the case – to act as a liaison with defense counsel so that counsel can examine the student witnesses' cumulative educational files. Dkt. No. 56. Defendants propose that the appointed individual would not share any information regarding the student witnesses with defendants. *Id.*

Plaintiff objects to defendants' proposal, arguing that the cumulative educational files contain more information than would normally be discoverable. Dkt. No. 57. Plaintiff asks that the parties be required to meet and confer regarding appropriate parameters for review and use of these files, as well as to discuss appointing the liaison defendants request. *Id.*

1  Defendants respond that the cumulative educational files are already in the District's possession, and that plaintiff cannot prohibit counsel from inspecting the files in the course of this litigation. Dkt. No. 58. Defendants further object to plaintiff's proposal that the parties meet and confer.

The Court finds that it is appropriate to designate an individual to act as liaison to enable defense counsel to view necessary documents within the District's possession. To the extent the parties disagree about the scope and nature of the review, the Court ORDERS the parties to meet and confer on this issue. *See* Judge Illston's Standing Order ¶ 3 (requiring parties to meet and confer regarding discovery disputes). During this meet and confer, the Court further ORDERS the parties to agree on the identity of the individual who will serve as liaison to defense counsel.

**IT IS SO ORDERED.**

Dated: May 15, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE