IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J.F.,

      Plaintiff,

v.

NEW HAVEN UNIFIED SCHOOL DISTRICT,

      Defendant.
                                         /

No. C 13-03808 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 26, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

Any Motion to Supplement the Administrative Record Case set: 10/3/14 @ 9 a.m.
(File 8/29/14, Opposition: 9/12/14, Reply 9/19/14)

Motion Re: Appeal of the Administrative Record set: 12/5/14 @ 9:00 a.m.
(Motion due by pltf: 10/10/14, Deft.Opposition/x mo.: 10/24/14,
 Pltf. Reply/oppo: 11/7/14, Deft. Final reply: 11/21/14 )

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 1, 2014.

DESIGNATION OF EXPERTS: 4/6/15; REBUTTAL: 4/27/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 22, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by January 30, 2015;

    Opp. Due February 13, 2014;  Reply Due February 20, 2015;

    and set for hearing no later than March 6, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 9, 2015 at 3:30 PM.

JURY TRIAL DATE: June 22, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/29/14

                                          SUSAN ILLSTON
                                          United States District Judge

**United States District Court**
For the Northern District of California