IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem<br>CHERISE ABEL-IRBY,<br><br>        Plaintiff,<br><br>  v.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT,<br>et al.,<br><br>        Defendants.<br>_____/ | No. C 13-03808 SI<br><br>**ORDER REFERRING DISCOVERY** |

On June 9, 2014, the parties jointly filed a letter to the Court requesting that it resolve a discovery dispute regarding ongoing issues pertaining to student witnesses. Dkt. No. 67. Pursuant to Northern District Civil Local Rule 72-1, these matters, and all further discovery disputes in this case, are HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If the parties do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy at (415) 522-2028.

**IT IS SO ORDERED.**

Dated: June 30, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE