Laurie E. Reynolds, SBN 148693
lreynolds@f3law.com
Kimberly A. Smith, SBN 176659
ksmith@f3law.com
David Mishook, SBN 273555
dmishook@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants NEW HAVEN UNIFIED SCHOOL DISTRICT, SARAH KAPPLER, ABHI BRAR, CHRIS PERRY, ANGELA HIGGERSON, and KENNETH PANDO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem CHERISE ABEL-IRBY,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT; SARAH KAPPLER in her OFFICIAL Capacity, ABHI BRAR as an individual and in his OFFICIAL Capacity, CHRIS PERRY as an individual and in his OFFICIAL Capacity, ANGELA HIGGERSON as an individual and in her OFFICIAL Capacity, KENNETH PANDO as an individual and in his OFFICIAL Capacity and DOES 1-20,<br><br>Defendants. | CASE NO. C 13-03808 SI (EDL)<br><br>**[PROPOSED] ORDER AFTER HEARING GRANTING MOTION TO COMPEL, DENYING MOTION FOR PROTECTIVE ORDER, DENYING PLAINTIFF'S REQUESTED DISCOVERY RESTRICTIONS IN JOINT DISCOVERY LETTER, AND COMPELLING DISCLOSURE**<br><br>Judge:   Hon. Elizabeth D. Laporte<br>Date:    July 22, 2014<br>Time:   9:00 a.m.<br>Crtrm.:  E, 15th Floor<br><br>The Hon. Susan Illston<br><br>Trial Date:           None Set |

Defendants New Haven Unified School District, Abhi Brar, Chris Perry, Angela Higgerson and Kenneth Pando's motion to compel a videotaped deposition of Plaintiff (Docket No. 72), Plaintiff's motion for protective order with respect to that deposition (Docket No. 77) and the parties' joint discovery letter (Docket No. 67) came on for hearing before this Court on July 22, 2014, at 9:00 a.m.  After full consideration of the matter, this Court finds as follows:

1  Defendants' motion to compel (Docket No. 72) is GRANTED;

2  Plaintiff's motion for protective order (Docket No. 77) is DENIED;

3  Plaintiff's requested discovery restrictions in the parties' joint discovery letter (Docket No.

4  67) are DENIED—the parties may utilize discovery practice as outlined in the Federal Rules of

5  Civil Procedure; and

6  Plaintiff is ORDERED to disclose the names of the five student witnesses referenced in

7  Plaintiff's initial disclosures, as previously ordered by the Hon. Susan Illston on May 12, 2014,

8  (Docket No. 55) by 5:00 p.m. on July 23, 2014.

9  IT IS SO ORDERED.

11  Dated:   July 23, 2014

Hon. Elizabeth D. Laporte
Judge, United States District Court

00405-00153/632751.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

2                                          C 13-03808 SI (EDL)
PROPOSED ORDER GRANTING MOTION TO COMPEL