UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| J.F., <br><br>        Plaintiff, <br><br>   v. <br><br> NEW HAVEN UNIFIED SCHOOL DISTRICT, et al., <br><br>        Defendants. <br> _____/ | No. C 13-3808 SI <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date:      September 11, 2014 <br> Mediator:  Greta Schnetzler |

   IT IS HEREBY ORDERED that the request to excuse the individually named defendants from appearing in person at the September 11, 2014, mediation before Greta Schentzler is GRANTED. The excused parties shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

   IT IS SO ORDERED.

August 5, 2014                    By:    _____
Dated                                              Maria-Elena James
                                          United States Magistrate Judge