Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem CHERISE ABEL-IRBY,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT; ABHI BRAR; CHRIS PERRY; ANGELA HIGGERSON; KENNETH PANDO; and DOES 1-20,<br><br>Defendants. | CASE NO. C 13-03808 SI (EDL)<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE NON-EXPERT DISCOVERY<br><br>Action Filed:   August 16, 2013<br>Trial Date:      None Set |

Pursuant to the stipulation of the parties to this matter, IT IS ORDERED THAT the parties will have until December 31, 2014 to complete non-expert discovery and, if necessary, bring any related motions.

DATED: 9/19/14

_____
Hon. Susan Illston, District Court Judge

C 13-03808 SI (EDL)

**STIPULATION TO EXTEND TIME TO COMPLETE NON-EXPERT DISCOVERY**