Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem CHERISE ABEL-IRBY, <br><br> Plaintiff, <br><br> vs. <br><br> NEW HAVEN UNIFIED SCHOOL DISTRICT; ABHI BRAR; CHRIS PERRY; ANGELA HIGGERSON; KENNETH PANDO; and DOES 1-20, <br><br> Defendants. | CASE NO. C 13-03808 SI (EDL) <br><br> [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE NON-EXPERT DISCOVERY <br><br> Action Filed:   August 16, 2013 <br> Trial Date:     None Set |

Pursuant to the stipulation of the parties to this matter, IT IS ORDERED THAT the parties will have until December ~~31~~ 22, 2014 to complete non-expert discovery and, if necessary, bring any related motions.

DATED: 9/19/14

_Susan Illston_
Hon. Susan Illston, District Court Judge

C 13-03808 SI (EDL)

**STIPULATION TO EXTEND TIME TO COMPLETE NON-EXPERT DISCOVERY**