United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6

J.F., et al.,

7                    Plaintiffs,

8
                     v.
9

NEW HAVEN UNIFIED SCHOOL
10   DISTRICT, et al.,

11                   Defendants.

Case No.  13-cv-03808-SI   (EDL)

**ORDER SETTING BRIEFING
SCHEDULE AND HEARING**

12

13        On September 22, 2014, Defendant filed a Motion to Compel.  Although Plaintiff's

14   opposition to the motion was due on October 6, 2014, Plaintiff did not file an opposition until

15   October 20, 2014.  The Court accepts Plaintiff's late filing.  Defendant's reply shall be filed no

16   later than October 27, 2014.  The hearing on Defendant's Motion to Compel is continued to

17   November 4, 2014.

18        **IT IS SO ORDERED**.

19   Dated:    October 20, 2014

20   _____
     ELIZABETH D. LAPORTE
21   United States Magistrate Judge

22
23
24
25
26
27
28