1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem CHERISE ABEL-IRBY, | CASE NO. C 13-03808 SI (EDL) |
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE ON ADMINISTRATIVE APPEAL AND SET MEDIATION COMPLETION DATE |
| vs. | |
| NEW HAVEN UNIFIED SCHOOL DISTRICT; ABHI BRAR; CHRIS PERRY; ANGELA HIGGERSON; KENNETH PANDO; and DOES 1-20, | |
| Defendants. | |

Pursuant to the stipulation of the parties to this matter, IT IS ORDERED THAT the hearing on the administrative appeal will be continued from December 5, 2014, to March 6, 2015 with the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opening Brief on IDEA Claim | January 16, 2015 |
| District's Opposition and Cross-Motion | January 30, 2015 |
| Plaintiff's Opposition to Cross Motion and Reply on own Brief | February 13, 2015 |
| Defendant's Reply | February 20, 2015 |
| Hearing | March 13, 2015 @ 9 a.m. |

C 13-03808 SI (EDL)

**ORDER TO CONTINUE HEARING & BRIEFING SCHEDULE ON ADMINISTRATIVE APPEAL AND SET MEDIATION COMPLETION DATE**

1  The administrative appeal will be heard on the same date as Defendants' planned Motion for
2  Partial Summary Judgment on the non-IDEA Claims.
3      It is further ORDERED that the parties shall reconvene in mediation, to be completed by
4  January 16, 2015.

DATED: 10/27/14

_____
Hon. Susan Illston, District Court Judge

00405-00153/671841.1