United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J.F., et al.,

        Plaintiffs,

   v.

NEW HAVEN UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

Case No. 13-cv-03808-SI   (EDL)

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES; GRANTING IN PART DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR ADMISSION AND ORDERING FURTHER BRIEFING ON DEFENDANT'S MOTION FOR SANCTIONS**

Re: Dkt. Nos. 118, 121, 136

On December 8, 2014, the Court held a hearing on Defendant's Motion to Compel Further Responses to Interrogatories, Motion to Compel Further Responses to Requests for Admission and Motion for Sanctions. For the reasons stated at the hearing, the Court orders as follows:

1. No later than December 12, 2014, Plaintiff shall provide a separate signed verification for each set of discovery responses for which she has not already done so.

2. No later than December 12, 2014, Plaintiff shall provide verified supplemental responses to Interrogatories 5, 19, 39, 41 and 44 seeking witness identification. Plaintiff shall disclose all witnesses known to her, by name if known or otherwise by description, having firsthand knowledge in this case.

3. No later than December 12, 2014, Plaintiff shall provide a verified supplemental response to interrogatory 58 disclosing all treating doctors and identifying their names, addresses, contact information and dates of treatment, as requested.

4. No later than December 12, 2014, Plaintiff shall provide a verified supplemental response to interrogatory 2.

5. No later than December 12, 2014, Plaintiff shall provide a verified supplemental response to interrogatory 3 identifying responsive documents in Plaintiff's possession from any source, including Defendant.

6. No later than December 12, 2014, Plaintiff shall provide a verified supplemental response to interrogatory 48.

7. Defendant withdrew its motion to compel as to interrogatory 38.

8. No later than December 12, 2014, Plaintiff shall provide verified supplemental responses to requests for admission 21, 26, and 29. Defendant's motion to compel further response to request for admission 17 is denied.

9. Following Plaintiff's supplemental discovery responses, the parties shall meet and confer during the week of December 15, 2014 regarding the need for an extension of the discovery deadline. If Defendant wants an extension, no later than December 19, 2014, the parties shall either file a stipulation to extend the discovery cutoff date, or a joint letter of no more than five pages setting out their differing positions on a discovery extension. The Court will inform the parties if further argument is necessary on the discovery extension issue.

10. No later than December 9, 2014, Defendant shall file limited additional briefing regarding the motion for sanctions, and in particular, shall provide a revised sanctions amount given the Court's ruling that fees and expenses for the current motions will not be awarded. Plaintiff may file a response no later than December 16, 2014. The further briefing and response shall each be no more than five pages in length, exclusive of attachments.

**IT IS SO ORDERED**.

Dated: December 8, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge