Laurie E. Reynolds, SBN 148693
lreynolds@f3law.com
Kimberly A. Smith, SBN 176659
ksmith@f3law.com
David Mishook, SBN 273555
dmishook@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants NEW HAVEN UNIFIED SCHOOL DISTRICT, ABHI BRAR, CHRIS PERRY, ANGELA HIGGERSON, and KENNETH PANDO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem CHERISE ABEL-IRBY,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, ABHI BRAR, CHRIS PERRY, ANGELA HIGGERSON, KENNETH PANDO and DOES 1-20,<br><br>Defendants. | CASE NO. C 13-03808 SI (EDL)<br><br>**NOTICE OF CONDITIONAL SETTLEMENT; WAIVER OF RESPONSIVE PLEADING DEADLINE AND WITHDRAWAL OF PENDING MOTIONS**<br><br>The Hon. Susan Illston<br><br>Trial Date:           June 22, 2014 |

TO THE COURT:

The parties participated in a mediation and entered into a conditional settlement agreement on January 5, 2015. The settlement would dispose of the entire case and is conditioned upon approval by the New Haven Unified School District Board of Education who will consider the agreement at its next regularly scheduled meeting on January 20, 2015. Payment under the agreement and the parties' stipulation to dismiss is then anticipated on or before March 23, 2015.

Trial in this matter is set for June 22, 2015.

Pursuant to the tentative settlement, the parties jointly request the following:

1. Defendant District be relieved of its obligation to respond to the amended complaint filed on December 22, 2014;

2. Defendants' pending motions for (1) Motion for Discovery Sanctions [Docket No. 121], (2) Motion to Remove Guardian ad Litem Cherise Abel-Irby [Docket No. 155], (3) Motion for Leave to File Motion for Reconsideration [Docket No. 158] and (4) Motion to Compel Compliance By W. Renee Martin with Defendant's Subpoena to Produce Documents [Docket No. 167] be withdrawn and otherwise taken off-calendar.

3. The Court set a deadline for the filing of the dismissal of April 1, 2015 and continue the case management conference, currently set for March 18, 2015 to April 3, 2015.

DATED: January 6, 2015         LAW OFFICES OF NICOLE HODGE AMEY

                               By:    /s/ Nicole Hodge Amey
                                      Nicole Hodge Amey
                                      Attorneys for Plaintiff JF

DATED: January 6, 2015         FAGEN FRIEDMAN & FULFROST, LLP

                               By:    /s/ Kimberly A. Smith
                                      Kimberly A. Smith
                                      Attorneys for Defendants NEW HAVEN
                                      UNIFIED SCHOOL DISTRICT, ABHI BRAR,
                                      CHRIS PERRY, ANGELA HIGGERSON, and
                                      KENNETH PANDO

00405-00153/703891.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem CHERISE ABEL-IRBY,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, ABHI BRAR, CHRIS PERRY, ANGELA HIGGERSON, KENNETH PANDO and DOES 1-20,<br><br>Defendants. | CASE NO. C 13-03808 SI (EDL)<br><br>[PROPOSED] ORDER GRANTING WAIVER OF RESPONSIVE PLEADING DEADLINE AND WITHDRAWAL OF PENDING MOTIONS<br><br>The Hon. Susan Illston<br><br>Trial Date:          June 22, 2014 |

Having received the notice of conditional settlement from the parties to this action, the Court orders the following actions:

1.       Defendant District is relieved of its obligation to respond to the amended complaint filed on December 22, 2014;

2.       Defendants' pending motions for (1) Motion for Discovery Sanctions [Docket No. 121], (2) Motion to Remove Guardian ad Litem Cherise Abel-Irby [Docket No. 155], (3) Motion for Leave to File Motion for Reconsideration [Docket No. 158] and (4) Motion to Compel Compliance By W. Renee Martin with Defendant's Subpoena to Produce Documents [Docket No. 167] are withdrawn and otherwise taken off-calendar.

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

3. The case management conference, currently set for March 18, 2015 is continued to April 3, 2015 at 9:00 a.m. It is expected that the parties will file their joint notice of dismissal prior to that date.

DATED: January __6__, 2015

By: _____
Susan Illston
Judge of the United States District Court

00405-00153/703900.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

2   C 13-03808 SI (EDL)
[PROPOSED] ORDER GRANTING WAIVER OF RESPONSIVE PLEADING DEADLINE AND WITHDRAWAL OF PENDING MOTIONS