Nicole Hodge Amey, SBN 215157
LAW OFFICE OF NICOLE HODGE AMEY
P.O. Box 5100
Oakland, California 94605

Telephone: 510.569.3666
Facsimile: 866.602.2986

Attorneys for Plaintiff J.F. by her Guardian ad Litem CHERISE ABEL-IRBY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| J.F. a minor, by her Guardian ad Litem CHERISE ABEL-IRBY,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT, ABHI BRAR, CHRIS PERRY, ANGELA HIGGERSON, KENNETH PANDO and DOES 1-20,<br><br>Defendants. | CASE NO. C 13-03808 SI (EDL)<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>The Hon. Susan Illston<br><br>Trial Date:     June 22, 2014 |

TO THE HONORABLE COURT, PLEASE TAKE NOTICE that

Pursuant to Federal rules of Civil Procedure Rule 41(a)(1)(A)(ii), the parties' January 5, 2015, executed settlement agreement and the Joint Notice of Conditional Settlement and Order filed January 6, 2015, plaintiff J.F. by her guardian Cherise Abel-Irby, and defendants New Haven Unified School District, Abhi Brar, Chris Perry, Angela Higgerson, and Kenneth Pando hereby request that the above-captioned action be dismissed **with prejudice**.

1  DATED: 3/19/2015 , 2015        LAW OFFICE OF NICOLE HODGE AMEY

2

3
                                  By: _____
4                                    Nicole Hodge Amey
                                     Attorneys for Plaintiff J.F. by her Guardian ad
5                                    Litem CHERISE ABEL-IRBY

6

7  DATED: 3/20 , 2015              FAGEN FRIEDMAN & FULFROST, LLP

8

9
                                  By: _____
10                                   Kimberly A. Smith
                                     Attorneys for Defendants NEW HAVEN
11                                   UNIFIED SCHOOL DISTRICT, ABHI BRAR,
                                     CHRIS PERRY, ANGELA HIGGERSON, and
12                                   KENNETH PANDO

13



GRANTED
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA